UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLE SMITH,

    Plaintiff,

                                            Case Number 2:12-cv-470-JES-DNF

v.

DOMINIUM MANAGEMENT
SERVICES, LLC,

    Defendant.
_____/

**JOINT REPORT REGARDING SETTLEMENT
AND INCORPORATED *UNOPPOSED* MOTION TO
PERMIT MEET AND CONFER MEETING OF PARTIES
BY TELEPHONE *NUNC PRO TUNC* TO NOVEMBER 2, 2012**

      Pursuant to the Court's Scheduling Order [D.E. 11], Plaintiff Nichole Smith and Defendant Dominium Management Services, LLC hereby jointly notify the Court that the parties have not settled the case; however, Defendant Dominium Management Services, LLC hereby requests a settlement conference before the United States Magistrate Judge. Id. at ¶5(4). The Plaintiff Nichole Smith objects to a settlement conference, and asserts that all settlement efforts have been exhausted. Plaintiff requests to conduct discovery.

      In addition, the Court ordered "counsel for Plaintiff and Defendant [to] meet and confer *in person* in a good faith effort to settle all pending issues, including attorneys' fees and costs" by January 11, 2013. Id. at ¶4 (emphasis added). In the interest of economy and to avoid delay that would result should all parties and their counsel be required to meet *in person* in the Middle District of Florida, the parties respectfully

request that the Court permit the "Meet and Confer" meeting to occur by *telephone nunc pro tunc* to November 2, 2012.

Respectfully submitted on this 31st day of January 2013.

| | |
|---|---|
| ***/s/ Monica F. Rossbach*** | ***/s/ Bernard R. Mazaheri*** |
| Monica F. Rossbach | Bernard R. Mazaheri |
| Florida Bar No.: 13641 | Florida Bar No.: 643971 |
| mrossbach@bergersingerman.com | BMazaheri@forthepeople.com |
| James D. Gassenheimer | Morgan & Morgan |
| Fla. Bar No. 959987 | 600 N Pine Island Rd, Suite 400 |
| jgassenheimer@bergersingerman.com | Plantation, FL 33314 |
| Berger Singerman LLP | Phone No.: 954-318-0268 |
| 1450 Brickell Ave Ste 1900 | Fax No.: 954-333-3515 |
| Miami, FL 33131 | |
| Phone No.: 305-755-9500 | *Counsel for Plaintiff* |
| Fax No.: 305-714-4340 | |

***/s/ Malcolm Terry***
Malcolm Terry
*Admitted Pro Hac Vice* [D.E. 14]
mterry@messerlikramer.com
Messerli & Kramer P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402-1217

*Counsel for Defendant*