UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLE SMITH,

    Plaintiff,

v().                                                             Case No:  2:12-cv-470-Ftm-29DNF

DOMINIUM MANAGEMENT
SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

       This matter comes before the Court on March 21, 2013.  A settlement conference was scheduled in this matter for April 24, 2013.  However, a scheduling conflict has been identified and the Court must reschedule the hearing accordingly.  The Court has consulted with the parties for a stipulated date, therefore, the settlement conference will be re-scheduled for the date and time identified below.

       Accordingly, it is now

       **ORDERED:**

       The Settlement Conference shall be re-scheduled for **MAY 21, 2013 at 9:00 A.M.** before the Hon. Sheri Polster Chappell. The guidelines and instructions contained in the original Settlement Conference Order remain unchanged.

       **DONE** and **ORDERED** in Fort Myers, Florida this 21st day of March, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record